997 A.2d 327

**Furman OSBOURNE, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

No. 23 EM 2010.

Supreme Court of Pennsylvania.

June 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of June, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**